UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BUDZIUS,**<br><br>Plaintiff,<br><br>vs.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>Defendant. | Case No: CV12-09419 SVW(AJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6 |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 18, 2013

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE